**UNITED STATES DISTRICT COURT**
**District of Kansas**

UNITED STATES OF AMERICA,

      **Plaintiff,**

      **v.**　　　　　　　　　　　**CASE NO. 26-mj-08131-ADM**

JARRED G. GILLIAM,

      **Defendant.**

## CRIMINAL COMPLAINT

I, Melissa McLain, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief, and establishes probable cause that the following offense has been committed:

## COUNT ONE

### UNLAWFUL POSSESSION OF AN UNREGISTERD FIREARM
#### [18 U.S.C. §§ 5861(d)]

Beginning on a date unknown but by on or about June 3, 2025, and continuing until on or about June 3, 2026, in the District of Kansas, the defendant,

### JARRED G. GILLIAM,

knowingly possessed three firearms, that is three destructive devices, specifically three glass bottles with a cloth wick and an odor of suspected gasoline present ("Molotov Cocktail"), that were not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, § 5861(d), with reference to §   5845(a)(8) (definition of "firearm" to include a "destructive device"), § 5845(f) (definition of "destructive device" to include any explosive or incendiary bomb or similar device), and § 5871 (penalties for violation of § 5861(d)).

I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since December 2019. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am assigned to the Domestic Terrorism and Weapons of Mass Destruction Squad, a component of the Joint Terrorism Task Force. During my tenure as an agent, I have received training and experience in conducting criminal and national security investigations.

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

Based on the facts set forth in this affidavit, there is probable cause to believe that Jarred G. Gilliam has committed a violation of 26 U.S.C. §5861(d), that is unlawful possession of an unregistered firearm (as defined in 26 U.S.C. § 5845(a)(8)), specifically a destructive device (as defined in 26 U.S.C. § 5845(f).

Based onwitness reporting, and surveillance, Gilliam, among others, is involved in discussions, planning, resourcing, and conspiring to engage in acts of violence directed towards government entities and property, particularly the United States Immigration and Customs Enforcement agency ("ICE"), the National Guard, and political groups. Specifically, participants of the "Red Legs" group, which Gilliam is a member of, have previously discussed ambushing

patrols and using incendiary devices on local government buildings. Participants of the group have had communications about the recent deployment of the Missouri National Guard, other federal operations, and local ICE activity as triggers for enacting violence.

During the investigation, I have learned participants of the Red Legs group mainly communicate through the encrypted messaging application known as Signal.[1] Signal is a specific, private messaging application that emphasizes privacy and security through end-to-end encryption. Signal allows users to send texts, voice messages, photos and other files over the internet. To ensure operational security, Gilliam and others conducted some of their communications on a Signal private chat (the Red Legs Signal private chat group). The participants in the Red Legs Signal private chat group commonly discuss certain federal activity which will constitute triggers for participants of the Red Legs group to engage in violent acts. Gilliam has contributed to these plans. The FBI has received screenshots of text communications between participants in the Red Legs Signal group, including those of Gilliam.

**Identification of Individuals Participating in the Red Legs Group**

The Kansas City FBI Office ("FBI KC") became aware of a group of individuals, self-identified as "the Red Legs," by way of sensitive source reporting, specifically a Detective ("KCD") with the Kansas City Police Department. As discussed in more detail later in this affidavit, the KCD has provided to FBI KC screenshots of messages from the Red Legs Signal private chat.

In 2020, the KCD was observing social media of a subject who was suspected of vandalizing the Kansas City, Missouri Police Department Headquarters. While reviewing social

---

[1] Based upon this and other investigations, I know that Signal is an encrypted messaging platform. Signal messages and calls typically cannot be accessed by third parties, including law enforcement, because they are end-to-end encrypted and secured. Further, Signal makes known that the platform was designed to never collect or store any sensitive information.

3

media communications, the KCD learned about an organization that was called the Midwest Youth Liberation Front ("MWYLF"). MWYLF had operated multiple social media accounts, including on Signal. In February 2021, the KCD requested and was approved to join the MWLF Signal chat. From these communications, the KCD learned of and requested to access People's Spark Signal chat around May of 2022. From this chat, the KCD became aware of Red Legs Facebook Messenger Chat and requested access around November 2023. The group later moved to Signal for added security. The KCD was added to the Signal chat along with approximately 11 others.

As developed in this investigation, the Red Legs Signal chat contained conversations and rhetoric that promoted violence against entities such as ICE. Subjects discussed ambushing ICE agents, acquiring military weapons by attacking military trains, acquiring explosives, and numerous other plans for violence. Around June 2025, the KCD sent this information to FBI KC.

During this investigation, several participants in the Red Legs group have been identified, including Gilliam. I know that Gilliam joined the Red Legs group in approximately December 2025, because Gilliam's username of "Jar" was added to the chat group on December 10, 2025.

Additionally, the investigation has identified several other individuals in the Red Legs Signal private chat group. Law enforcement officials have been able to confirm the identity of many of the Red Legs members. For purposes of this affidavit, three of the Red Legs members, other than Gilliam, are identified as Subject #1, Subject #2, and Subject #3.

**Development of Federal Investigation and Introduction of Undercover Employee**

The FBI introduced an Undercover Employee ("UCE") to the Red Legs group by October 2025. The UCE participated in the Red Legs Signal chats and met some of the group in person.

4

Based upon my review of screenshots of the Red Legs Signal communications, I observed that Gilliam communicates with other participants about the group's plans to commit acts of violence against entities of the United States Government and local governments.

Below are some text communications that Subject#1 shared with participants of the Red Legs Signal group. These communications were made between June 6, 2025, and May 12, 2026. The communications show messages sent by Subject#1 and do not show the full context of the conversation.

- "We could make a technical, but it would cost money. We would get a government auction truck, weld a mount on the back, then get a psa heavy barreled air in 308, slap in a super safety or binary trigger, and a drum magazine"

- "It wouldn't make sense to panic now, the time for panicking has long passed. Now we must make our peace, arm ourselves, and prepare to do what is necessary"

- "If ice moves to kc, thoughts on an armed response"

- "After we build our ranks and adequately arm ourselves, we can look into escalation"

- "I recommend we start slow at first. Maybe some basic sabotage… We should locate abandoned warehouses where we could potentially secure seized armor… First, we need to find a way to track military shipments, we don't want to derail the wrong train"

- "We need to plan decisive action against ice and dhs"

- "What are the chances we could get away with using drones to drop incendiary's [sic] to demolish key infrastructure"

- "I like the idea of using drones carrying cocktails to demolish key structures…Frozen water areas."[2]

---

[2] Based on my training, experience, and knowledge of this investigation, I believe the reference to "Frozen water areas" relates to ICE facilities and operations. Communications within the Red Legs private Signal chat group demonstrate that several individuals expressed extreme animus towards ICE and the Department of Homeland Security. I know from my training and experience that persons engaged in illicit activity commonly communicate in code in an effort to conceal their criminal intent. Frozen water is more commonly called "ice," so I believe the reference to "Frozen water areas" is code for ICE facilities.

- "Is anyone interested in a range day this week at Parma woods?[3]  The entry fee is $5.  If you don't have a firearm, you are welcome to use mine.  I am willing to supply both instruction, ammo, and access to my firearms."

- "See if you can locate any ice outposts in kc, we could look into sabotage"

- "This is one of those situations where we have to be careful. You can't just start ambushing them if the general population isn't ready to accept that yet. You have to, to some extent, meet the general population where they are at, otherwise the act won't be effective in inspiring further resistance, and would only serve end resistance right when it starts. If we want to hit hard, or best option is to engage in acts of sabotage, and target the homes of individual agents."

- "We should have a concrete plan as a group if this passes.[4] We need to see how many of us need rifles and plates."

- "We need to be prepared to defend our communities"

Below are some text messages made by Subject#2. These communications were made between June 6, 2025, and March 12, 2026. The communications show messages sent by Subject#2 and do not show the full context of the conversation.

- "The way things are going, things are either going to pop off very soon or over the next few weeks and months it'll escalate and build up and pop off in the winter or spring so we all should probably be suspecting a cold fight and gather equipment and gear accordingly"

- "We have about 2-8 weeks to prepare for the inevitable…I believe the time frame for all the deployments and new ice agents graduating"

---

[3] I know from working in the Kansas City metropolitan area that "Parma Woods" is a firearms shooting range in Parkville, Missouri.

[4] Based on my training, experience, general awareness of events, and the context of the message, I believe this message is a reference to the "MAMDANI Act." The MAMDANI Act was introduced in the U.S. House of Representatives in April 2026, as a proposed immigration bill, formally titled as: "Measures Against Marxism's Dangerous Adherents and Noxious Islamists Act."

- "After all once the civil war is here the Red Legs will act as a sabotage and reconnaissance group so that's prime target"

- "Here's my proclamation for all the shit going on"

- "The Red Legs will stay the RLs[5] up until a citizen and or protestor is unalived by the fed during this Uprising"

- "Once that happens it's no holds barred and we reorganize as a revolutionary insurrectionist army"

- "No guns until a protestor is martyred then it's no holds barred"

- "We need to be more militant, treat every protest as a mission. Armed vehicles in front and back….We're at war and I wish the broader movement would understand and apply that"

- "It's about time we gather up, ditch our socials and phones and wage gw."[6]

- "[W]e could potentially get radios when we liberate arms and kits"

- Subject#2 sent photographs of a discreet plate carriers (concealable body armor) and Personnel Armor System for Ground Troops ("PASGT") ballistic helmet with the statement: "Cheap pasgt helmet and discreet plate carrier our active teams should strive to get."

- "we need the Red Legs as the official community defense group and the Jayhawkers for other activities (sunglass emoji) (fire emoji)""…"Absolutely we are as the Red Legs but I dont want this group getting caught up because we'll be doing defense and mutual aid, other more serious acts shouldn't be under the RL name for plausible deniability. Think

---

[5] Based on my knowledge of this investigation, I believe the reference to "RLs" is a reference to the Red Legs and that the participants will use that moniker until a protester dies. Once that occurs, they will adopt a new name, specifically the "Jayhawkers" to demonstrate that the group has now become a guerrilla group.

[6] I interpret "gw" to mean guerilla warfare.

of it as a sub group. No formal docs or organizing, just a different logo so members who want to stay above ground for now wont be implemented if anything goes sideways"

- "Although Id love to get the Jayhawkers active i agree with [subject#1] it's far too early. We should be focusing on training so when the time is right there's a core group ready to get people's army running" "Before we're at the point of open rebellion we need to run drills, mock scenarios, camping expeditions etc plus there's tons of covert and recon missions we can go on in the future and once we're all RR trained and an official Anti Ice Rapid Response Org we can go out on patrol"

Below are some text messages made by Subject#3. These communications were made between June 6, 2025, and March 12, 2026. The communications show messages sent by Subject#3 and do not show the full context of the conversation.

- "south lawn needs to be caked in blood"

- "I feel its necessary to take the tried and true methods groups like the IRA used"

- Subject#3 captioned an article about a data center coming to northland as "Juicy target."[7]

- Subject#3 captioned a photo of national guard personnel in Washington, D.C. as "Juicy targets."

- "But at least we'll get to take some nazi ratfuckers out. That makes me hopeful."

- "Our best bet is to just do what every guerilla has done…They cant use air support against an ambush they cant see, especially if they're already dead and we're repositioned."

---

[7] I know from working in the Kansas City metropolitan area that "the northland" is a reference to the northern part of Kansas City, which is north of the Missouri River.

8

- "That's why I think we need to invest in drones. One mavic[8] with enough payload can fuck an Abrams day up."

- "We have to make nazis afraid again. We know exactly what we'd do if we got our hands on a full blown, stars and bars swastika nazi."

- "When can we spill Nazi blood?"

- "We need to give every leftist a slap in the face and tell them, 'wake up, mother fucker, your stern words and marches are not doing anything but make them laugh at you. Pick up a gun and fight, or support us outside the frontlines.'"

- In response to a discussion of the Charlie Kirk shooter, Subject#3 texted: "We should recruit him lol"

- "These are the fucking nonhumans we should target immediately"

- "I feel like its time to start planning and carrying out on our sabotage campaign"

- "I feel like we shouldn't take ICE agents prisoner personally"

- "At least NG[9] are just literally following orders…They deserve to be treated decent if captured ICE agents, I don't know"

- "It might be a video game, but holy fuck, does it make you wanna light a Molotov and hit your local government building lmao"

- "The things we REALLY need other than rifles and ammunition will be things that go boom"

- "Drones will be our best bet in limiting our casualties but maximizing theirs….no US troop will be genuinely ready for an FPV"[10]

---

[8] I believe from the context of the message that this reference to "Mavic" is a reference to a drone because drone manufacturer DJI offers a "Mavic Series" drone.

[9] From the context of the message, I believe this is a shorthand reference to "National Guard."

[10] Based on my training and experience, I believe "FPV" is an acronym for a first-person view drone.

9

- "If they saw a group of six armed red legs ambush a patrol and successfully draw back, thatd garner a lot of attention."

- "just means more authoritarians get to die horribly"

- "We shouldnt afford ICE or federal agents any leniency, capture, anything like that"

- "NG units, regular cops, god bless em and all that"

- "But feds, ICE, at the very least, two rounds through the face"

- "We really need to consider drones as our main line of attack"

- "More bang for your buck, quite literally"

- "Feds wouldn't be prepared for that, and even if they use EW, Fibre optic drones will make EW obsolete"[11]

- "100%, we could easily build FPVs with kits"

- "Only real problem is getting the boom"[12]

- "We could probably buy all the stuff but certain things would have to be bought separately, through different accounts and people"

- "That way they cant see the purchase of a drone, explosive material, pressure tips, etc"

- "Don't give a fuck that we don't go out of state, this motherfucker needs to be hunted down"[13]

- "Fuck this protest bullshit, it gets nothing done"

- "We need to get more people ASAP, get them ready and sharp, and start going on the fucking offensive"

---

[11] Based on my experience, training, and context of the message, I believe "EW" is a reference to electronic warfare with Subject#3 opining that federal authorities may use technology designed to disable drones. However, some drones are controlled by fiber optic cables, which makes them resistant to electronic disruption technology.

[12] Based on the context of the messages, I believe Subject#3 thinks they will be able to obtain First-Person View drones, but maybe not the explosives, which go "boom."

[13] Based on the context of messages, I believe this is a reference to a particular Kansas City ICE employee.

- "I'm sick of this sitting and waiting"

- "The fact nobody is ambushing these cocksuckers ANYWHERE is disgusting to me"

- "Most of us have no actual training and are more qualified than any ICE agent currently in Minneapolis"

- "We should look into addresses."

- "It can't be hard to find these fuckers, one group of guys go in, come out in less than ten minutes"

- "Leave their families out of it but don't let them see jackshit"

- "As much as I like seeing dead Russians in Ukraine, I'd love to see dead ice agents in the US a lot more"

- "Like it or not, we need to start killing people soon."

- "This is the fear and terror every ice agent and magshit needs to feel" "Drones will be our best friends" "We just need to learn how to make loitering munitions and thats not difficult at all." "We'd have to make sure we hit them when theyre not directly engaging with civilians" "Cant hit their vehicles until we identify them getting out or getting in" "Itd be easier for us to acquire and use DJI droppers, but FPVs are more than optimal" "I use an accurate FPV simulator, called Liftoff. Its helped a lot with the transition into the real thing, so for anyone wanting to work with drones, especially if you have access to a PC, get Liftoff, practice flying indoors, tight spaces, forests, etc" "FPV piloting is not easy at all, but once you get the hang of it, its hard to lose it" "Even better would be if we could use explosives against ICE or feds and then blame it on Iran or Iranian proxies"

- "We should consider a separate unit or something thats willing to do the harder work when necessary, a separation so that the people who prefer not to drag magats out of their

11

houses and opening them on their lawns can do their work without impeding ours or having to live with what they'd done, just so we have some people that don't have to do the worst of the worst to the worst, so we can compartmentalize it or something"  "Point being, ICE agents, LEOs, government officials, they need to be dragged from their beds and shot or hacked the same way they were during Nat Turner and John Browns time" "They have their psychos, we need our own, just not too psycho to where they cant be reeled in."

- "Seriously, folks, I shouldn't be so willing to go after these fucks, but I cannot fucking wait for the day we get to start flying drones into these fuckers chests." "We need to make it so that every single federal agent either kills himself or surrenders at the sound of a drone like a lot of Russians do." "These 'people' need to be more traumatized than the people they forced trauma upon." "Personally, if i could choose, federal agents, whether its ICE, FBI, DEA, ATF, DHS, if they're not a regular cop or a soldier, no capture. And if they are, only to be executed in front of our military court." "But police officers and US troops who surrender to us, we do our best to make sure they understand nothing bad will happen to them in our hands." "I think that's fair. Federal agents know exactly what theyre doing and whats happening, alot of cops and most soldiers are just doing what they're told, and if they support it, they can change"

Below is a list of text messages made by Gilliam. These communications were made between January 2, 2026, and May 16, 2026. The communications show messages sent by Gilliam and do not show the full context of the conversation.

- "I just have to be very careful because I could lose my job and my license. HIPAA laws. And my job is unfortunately kinda necessary for me it's where I steal all my medical supplies from."

- "Another thought. Randomly quickly building barricades in the streets to shut down roads. No rhyme or reason to locations"

- "We should fuck with those cars"[14]

- "Guys I'm willing to try to push this to become a KC autonomous zone situation"

- "So just curious when these fuckers are raiding houses and going into apartments and businesses and stuff do they leave anyone with their cars? Because PD typically doesn't from what I've seen."

- "Ya know all those leaked ice docs were found in a car."

- "Just wanted to put that in everyone's head before I go to bed. Lotta possibilities with that"[15]

- "But yeah we need to bide our time and keep building. It may feel slow but we'll have our time, ice will hit here hard eventually. But if we stick it out and build up here and make connections we can be more ready for them than Minnesota was we'll have our chance yall."

- "Im excited for this round table as well. I'm really wanting to see how radical these other groups are wanting to get because I'm willing to go all out"

---

[14] This message responded to an article posted in the group about ICE vehicles positioned in a Kansas City, Missouri parking lot.
[15] I believe this statement is in reference to breaking into law enforcement vehicles.

13

- "Man I just really don't wanna get shot or end up in federal prison" "But like that shits gonna happen whether we do it fighting back or not" "So might as well get fucking fighting"

- "Honestly we should just find like 50 fucking people and just firebomb a DHS/ICE office. Burn down some of their houses so they know we can find them"

- "Hit it with a Molotov"[16]

In response to a conversation where participants of the group discussed finding and harming local ICE agents on or around January 7, 2026, Gilliam shared in a direct message health information, name, date of birth, partial social security number, address, phone number, and email address for a suspected DHS employee that Gilliam encountered while working at a local medical center.

**Evidence indicating Red Legs participants training, resourcing, and planning to conduct violent acts in furtherance of the conspiracy**

During this investigation participants of the Red Legs group discussed training with firearms at a range day, conducted firearms range days, and discussed plans for more training. According to the reviewed communications, individuals involved with the Red Legs went to a gun range, located in Parkville, Missouri, to train with firearms. Subsequently, Subject#3 shared with the group a photograph of him apparently firing a rifle at the firing range in August 2025. Law enforcement authorities believe Subject#1 and Subject#3 attended a firearms training event. FBI KC teams confirmed by observation a second and third range day with Subject#1 present and one of which Gilliam was present as well. Based on my training and experience, this shows that the Red Legs participants are not merely engaged in online discussions, but they are conducting real-world planning and preparation.

---

[16] This message responded to a conversation about a Kansas City home with a "Trump 2024" yard sign.

Over multiple months, the Red Legs group planned, via Signal chats and in person meetings, to target and damage local Flock License Plate Readers ("LPRs") in furtherance of anti-government ideology. After conducting reconnaissance, determining a route to avoid detection, and using fake vehicle dealer tags (printed by Gilliam), participants, including Subject#1, attempted to damage LPRs in Overland Park, Kansas. Subject#1 used a pellet rifle to shoot at multiple LPRs on March 2, 2026. FBI Kansas City teams confirmed by observation the attempted property damage. In the presence of the UCE, Gilliam claimed that he printed the fake vehicle dealer tags. Gilliam also made that claim in chat messages.

In May 2026, Gilliam claimed in the Red Legs Signal group chat that he removed the screws from a Flock camera on The University of Kansas Medical Center campus, where Gilliam works as a nurse. Gilliam returned on a later date and removed the Flock camera from the support pole. University of Kansas Police Department ("KUPD") confirmed to FBI KC that the camera had been removed from the pole and was lying on the ground. KUPD reviewed the camera footage from May 13 and 17, 2026, and saw Gilliam near the camera for approximately two to three minutes. KUPD confirmed Gilliam worked at the University of Kansas Emergency Department both days.

During a meeting between the UCE, Subject#1, and Gilliam on May 14, 2026, in Richmond, Missouri, Subject#1 brought two likely destructive devices that he wanted to test to see how well they worked. The devices appeared to be wrapped in duct tape, and each had a green cord coming from the top of the device. Subject#1 described them as "alcohol shooters filled with black powder surrounded with steel BBs." The alcohol shooter bottle had an aluminum cap with a hole in it for the "cannon fuse." The BBs were duct taped around the outside of the bottle. Subject#1 lit the fuse of the first device and threw it into a rock quarry area

15

where it exploded. Subject#1 lit the second device, and again threw it into the quarry area, where it exploded.

After the second device exploded, Subject#1, Gilliam, and the UCE went into the quarry to see any damage, the area of effect, and recover what was left of the devices. Subject#1 found pieces of the devices. One of the devices was still partially intact with duct tape still on the device and BBs stuck in the duct tape. Remnants of the second device were found with most of the container destroyed. Subject#1 stated he could improve the effects if he used a glass container instead of plastic.

Gilliam mentioned that he was also experimenting with "improvised thermite." In a joking manner, Gilliam remarked that he was making bombs in his backyard like a terrorist. Gilliam claimed that he obtained the potassium chlorate and intended to mix it with sugar. Gilliam said that he was attempting to create a timed device and that he "pocketed" some push buttons from Ace Hardware to use as switches. Based on my training and experience, this description aligns with a suspected incendiary device, which would qualify as an "unregistered firearm" as a "destructive device." *See* 26 U.S.C. §§ 5845(a)(8) and 5845(f).  Possession of such a device that is not registered with the National Firearms Registration and Transfer Record is in violation of 26 U.S.C. 5861(d).  From my observation of Gilliam's residence, his backyard is surrounded by a privacy fence and could allow for such experimentation.

The UCE audio recorded this meeting on May 14, 2026. That recording and the UCE's report of his observations were provided to the FBI Laboratory Explosives Unit. The FBI Laboratory Explosives Unit provided an opinion that the information contained in the report and the conversations captured in the audio recording describe two improvised explosive devices ("IEDs"). According to the expert opinion, IEDs, also called homemade bombs, generally consist

16

of an explosive main charge, method of initiation, and sometimes a container and/or enhancements. Properly assembled, the described IEDs would be capable of causing property damage, injury, and/or death. Further, the expert opined that an IED that demonstrates weaponization characteristics either through design or use meets the technical elements of a "destructive device." Weapon design elements would include the addition of hardened items, such as BBs, in the IED's construction. Items like BBs would enhance the fragmentation effect created from the explosion of the IED, thus enhancing its lethality. The FBI Laboratory Explosive Unit provided an opinion that the two IEDs described in the report and audio recording would each meet the technical elements of a destructive device.

On June 3, 2026, the FBI executed a federal search warrant at 2944 S 9th Place, Kansas City, KS, the residence of Jarred Gilliam. While searching an outbuilding, three glass bottles were found with a cloth wick that was sticking out of the bottle and an odor of suspected gasoline was present. Officers believed the bottles were consistent with an improvised incendiary device, which is commonly known as a "Molotov Cocktail".[17] Based on my training and experience, improvised incendiary devices, commonly referred to as Molotov cocktails, would be regulated in accordance with the Federal firearms laws. Within the same outbuilding, investigators located a five gallon bucket filled with a liquid and observed an odor of gasoline.

During a voluntary recorded interview on June 3, 2026, Gilliam was asked about the three bottles with wicks and if the gas had evaporated. Gilliam stated he had dumped them out. He had made one and threw it, and thought, he didn't need those sitting just sitting here. He had

---

[17] Based on my training and experience, a Molotov Cocktail is a hand-thrown incendiary weapon consisting of a frangible container filled with flammable substances and equipped with a fuse. These incendiary devices are typically a glass bottle filled with flammable liquids, such as gasoline, sealed with a cloth wick. When used, the wick is lit, and then the device is thrown. The container will shatter on impact, and the flammable substance will then catch fire. The fire typically spreads as the fuel bums.

17

dumped them all out into a bucket. [The bucket] was a little bit of gas and Styrofoam where he had been melting the Styrofoam for the sake of it not taking up space in the trash. Initially when Gilliam was trying to melt the Styrofoam, his first thought was, that's how they make Molotovs, so he thought he would melt it in the bottle. When that was too hard, he melted it in the bucket. He never had any intent with them, except for just wanting to do it. If he wanted to make a Molotov and throw it at something, he could have easily done that. When asked if the Molotov he remembered testing and throwing was at the house, Gilliam replied it was in the firepit. He put a pile of boxes in there and threw it at it to see what would happen. Gilliam believed they may have been made last summer. He had no intent to use them on anything and if he did it would have been a hay bale in his grandma's yard or something.

As part of my involvement in this investigation, I conferred with Special Agent Kyle Lovelady, a federal agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). Special Agent Lovelady conducted an inquiry of the ATF's National Firearms Act (NFA) Branch to see if Gilliam had registered a weapon, to include destructive devices, in compliance with the National Firearms Act of 1934 (NFA). SA Lovelady relayed to me that based on his inquiry there was no firearms (to include destructive devices) registered to Gilliam in the National Firearms Registration and Transfer Record. As I believe that the devices Gilliam possessed between on or about June 3, 2025 and on or about June 3, 2026 qualify as destructive devices, I believe he unlawfully possessed those destructive devices because they were not registered as required by federal law. Therefore, I believe there is probable cause that Gilliam violated Title 26, United States Code, Section 5861(d), with reference to sections 5845(a)(8), 5845(f), and 5871.

18

Melissa McLain
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 5thday May, 2026, at Kansas City, Kansas.

After reviewing this Complaint, I find there is probable cause to believe that Jarred G. Gilliam, committed the offense set forth above.

HONORABLE ANGEL D. MITCHELL
United States Magistrate Judge

19