# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

       **Plaintiff,**

    **v.**                      **CASE NO.** 26-cr-20078-TC-ADM

JARRED GILLIAM,

       **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**MAKING OF FIREARMS – DESTRUCTIVE DEVICES**
**[26 U.S.C. § 5861(f)]**

In or about June 2025, in the District of Kansas, the defendant,

**JARRED GILLIAM,**

knowingly made one or more "firearm" as defined in Title 26, United States Code, Section 5845(a)(8); each firearm being a "destructive device" as defined in Title 26, United States Code, Section 5845(f); each destructive device being an explosive or incendiary device as defined in Title 26, United States Code, Section 5845(f)(1); and the

1

four destructive devices being glass bottles with a cloth wick and gasoline commonly referred to as "Molotov Cocktails."

In violation of Title 26, United States Code, Sections 5822, 5861(f), and 5871.

## COUNT 2

### POSSESSION OF UNREGISTERED FIREARMS – DESTRUCTIVE DEVICES
### [26 U.S.C. § 5861(d)]

Beginning on a date unknown but by on or about June 1, 2025, and continuing until on or about June 3, 2026, in the District of Kansas, the defendant,

### JARRED GILLIAM,

knowingly possessed one or more "firearm" as defined in Title 26, United States Code, Section 5845(a)(8); each of those firearms being a "destructive device" as defined in Title 26, United States Code, Section 5845(f); each of those destructive devices being an explosive or incendiary device as defined in Title 26, United States Code, Section 5845(f)(1); and the four destructive devices being glass bottles with a cloth wick and gasoline commonly referred to as "Molotov Cocktails" with none registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1-2 of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2

2.      Upon conviction of one or more of the offenses set forth in Counts 1-2 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

     a.    Molotov cocktails;

     b.    Batteries;

     c.    Electronic switch components;

     d.    BBs and Ball Bearings;

     e.    Ferric Oxide;

     f.    Ground Aluminum;

     g.    Sulfuric Acid;

     h.    Hydrogen Peroxide;

     i.    Acetone;

     j.    Smokeless Powder; and

     k.    Thermite Mixture.

3.      All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

July 1, 2026
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

3

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *Scott C. Rask*
Scott C. Rask
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Scott.Rask@usdoj.gov
Ks. S. Ct. No. 15643

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## **PENALTIES**

### **Counts 1 & 2:  26 U.S.C. § 5861(a) & 5861(d)**

- Punishable by a term of imprisonment of not more than ten years.  26 U.S.C. § 5871.

- A term of supervised release of not more than three years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.